# EXHIBIT B

# APPEARANCE
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

## Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date:** Jun-23-2020
**Docket number:** FST-CV-20-6046965-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
NORDSTROM, RODNEY, DERIVATIVELY ON BEHALF OF WORLD v. MCMAHON, VINCENT K. Et Al

☒ Judicial District ☐ Housing Session ☐ Small Claims ☐ Geographic Area number ____

**Address of Court** *(Number, street, town and zip code)*
123 HOYT STREET STAMFORD, CT 06905

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
DAY PITNEY LLP

**Juris number of attorney or firm:** 014229

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
242 TRUMBULL STREET

**Post office box:**
**Telephone number** *(Area code first):* 860-275-0164

**City/town:** HARTFORD
**State:** CT
**Zip code:** 06103
**Fax number** *(Area code first):* 860-273-0343
**E-mail address:** jmueller@daypitney.com

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☒ Yes   ☐ No

**Signed** *(Individual attorney or self-represented party)*
▶ 427973

**Name of person signing at left** *(Print or type):* JEFFREY PAUL MUELLER
**Date signed:** Jun 25 2020

## Certification
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* Jun 25 2020 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to**
FLETCHER MOORE - 30 WALL STREET/8TH FLOOR/NEW YORK, NY 10005

*For Court Use Only*

**Signed** *(Signature of filer)*
▶ 427973

**Print or type name of person signing:** JEFFREY PAUL MUELLER
**Date signed:** Jun 25 2020
**Telephone number:** 860-275-0164

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.*

Continuation of JDCL12 Appearance Form for FST-CV-20-6046965-S

Submitted By DAY PITNEY LLP (014229)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 VINCENT K. MCMAHON,

Pty# D-02 STUART U. GOLDFARB

Pty# D-03 LAUREEN ONG

Pty# D-04 PAUL LEVESQUE

Pty# D-05 ROBYN W. PETERSON

Pty# D-06 STEPHANIE MCMAHON

Pty# D-07 MANJIT SINGH

Pty# D-08 ALAN M. WEXLER

Pty# D-09 GEORGE A. BARRIOS

Pty# D-10 MICHELLE D. WILSON

Pty# D-11 FRANK A. RIDDICK III

Pty# D-12 JEFFERY R. SPEED

Pty# D-13 PATRICIA A. GOTTESMAN

Pty# D-14 WORLD WRESTLING ENTERTAINMENT, INC.

***** End of Party List *****