# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00557-VAB |
| Plaintiffs, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : : : : : : | |
| Defendants, | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : | |
| Nominal Defendant. | : | |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00743-VAB |
| Plaintiff, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : : : : : : : : : : | |
| Defendants. | : : | |

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : |
| | : |
| Nominal Defendant. | : |

| | |
|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : CASE NO. 3:20-CV-00904-CSH |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN, | : |
| | : |
| Defendants, | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| Nominal Defendant. | : |

## Response of Plaintiffs Merholz, et al to Defendants' Motion for a Status Conference

Plaintiffs Merholz and Klein ("Plaintiffs") wish to briefly set forth their position in advance of the status conference requested by Defendants and now scheduled to be held on July 23, at 2:00 p.m.

Though the request for a status conference and the points advanced by Defendants were made by Defendants without any effort to meet and confer with Plaintiffs, Plaintiffs are in agreement that a status conference will be useful.

First, Plaintiffs believe that the fully briefed motion to remand by Plaintiff Kooi should be ruled upon as this Court needs to establish whether the Kooi case is properly before it and subject to its jurisdiction, or whether the Kooi case should be remanded to state court. Likewise, Plaintiff Nordstom in the third filed derivative case has until July 31, 2020, to file his motion to remand his action to state court. Upon information and belief based on consultations with counsel for Plaintiff Nordstrom, that motion to remand is coming. If filed, it too should be decided by this Court first in order to decide whether this court has jurisdiction over the *Nordstrom* action or whether it should be remanded to state court.

If both the *Kooi* action and the *Nordstrom* action are remanded, then only the *Merholz* action will remain in this Court and there will be nothing to coordinate or consolidate. Defendants proposed plan to consolidate, appoint lead counsel, file a consolidated complaint and the like will be unnecessary. If, however, both the *Kooi* and *Nordstrom* actions remain in this Court because the motion(s) to remand are denied, then Defendants' plan of consolidation, etc. is reasonable. Moreover, Plaintiffs' counsel in the three derivative actions have already been meeting and conferring regarding coordination after the motion(s) to remand are decided, and depending on the ruling, may be able to reach agreement on how next to proceed.

Last, as to Defendants' suggestion that perhaps the derivative action(s) may be voluntarily stayed pending the outcome of the motion to dismiss in the related securities fraud case pending in the Southern District of New York, Plaintiffs Merholz and Klein are prepared to meet and confer with Defendants to discuss the terms of a possible voluntary stay.

Dated: July 22, 2020

**GAINEY McKENNA & EGLESTON**

By: */s/ Gregory M. Egleston*
Gregory M. Egleston (CT19709)
Thomas J. McKenna *(Pro Hac Vice Pending)*
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

-4-

## **CERTIFICATION OF SERVICE**

      I hereby certify that, on July 22, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    By: */s/ Gregory M. Egleston*
                                        Gregory M. Egleston